**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NICHOLAS CORTEZ ADDISON,**                                            **PLAINTIFF**
**ADC #162451**

v.                              **CASE NO. 3:15-CV-00196 BSM**

**LARRY MILLS, et al.**                                                 **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 17] has been reviewed. No objections have been filed. After a review of the entire record, the RD is adopted. Therefore, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 19th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE