IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON,**               **PLAINTIFF**
**ADC #162451**

v.                    **CASE NO. 3:15-CV-00196 BSM**

**LARRY MILLS, et al.**                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE